# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JORDY ROUSSE** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **DOCKET NO.** |
| | * | |
| | * | **SECTION" "** |
| **FORT DEARBORN LIFE** | * | |
| **INSURANCE COMPANY** | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## **COMPLAINT**

Complainant, **JORDY ROUSSE,** a natural person of the full age of majority, domiciled and residing in the Parish of Lafourche, State of Louisiana, with respect, avers:

### I.

Defendant, **FORT DEARBORN LIFE INSURANCE COMPANY** (hereinafter "DEARBORN"), is a foreign insurance corporation, having the State of Illinois as its state of incorporation and principal business establishment, authorized to do and doing business within this district of the State of Louisiana.

### II.

This Court has jurisdiction over this controversy on the grounds of Diversity of Citizenship, as Complainant is a citizen of the State of Louisiana, and Defendant is a citizen of a state other than Louisiana, and the amount in controversy exceeds $75,000.

### III.

Alternatively, this Court has jurisdiction over this controversy on the grounds of Federal Question Jurisdiction under ERISA.

## IV.

While employed by United Tugs, Inc., Complainant became, is now and will remain in a continuous state of disability and/or reduced ability to secure gainful employment due to a lower back injury.

## V.

Complainant was injured and became disabled while employed by United Tugs, Inc., whose employer representative's office is located in Belle Chasse, Louisiana. Complainant's disability also arose within the jurisdiction of this Court. Finally, the employment giving rise to the disability took place within the jurisdiction of this Court.

## VI.

At all relevant times, in full force and effect was a policy and contract of disability insurance issued by defendant, **FORT DEARBORN LIFE INSURANCE COMPANY,** which insures Complainant and which entitles Complainant to benefits for the above-described disability.

## VII.

The Complainant has become, and will remain into the future, disabled within the meaning of the disability insurance policy written by **FORT DEARBORN LIFE INSURANCE COMPANY.**

## VIII.

At all relevant times, Defendant, **FORT DEARBORN LIFE INSURANCE COMPANY**, was the Plan Administrator and fiduciary of The Plan.

### IX.

Defendant, **FORT DEARBORN LIFE INSURANCE COMPANY**, has declared wrongly that it will not pay benefits to which he is clearly entitled under the **FORT DEARBORN LIFE INSURANCE COMPANY** insurance policy and the applicable law.

### X.

Defendant, **FORT DEARBORN LIFE INSURANCE COMPANY**, has breached its fiduciary duty to the Complainant by refusing to pay the total disability benefits to which he is entitled under the disability insurance policy issued by **FORT DEARBORN LIFE INSURANCE COMPANY**.

### XI.

The actions of Defendant, **FORT DEARBORN LIFE INSURANCE COMPANY**, constitute arbitrary and capricious failure to pay benefits which are clearly due to the Complainant, despite adequate proof of loss.

### XII.

The Complainant is entitled to receive total disability benefits as defined by The Plan and the **FORT DEARBORN LIFE INSURANCE COMPANY** insurance policy.

### XIII.

The Complainant is further entitled to all costs of these proceedings, and attorney's fees from **FORT DEARBORN LIFE INSURANCE COMPANY**, expended by Complainant in pursuit of his claims.

### XIV.

Complainant alleges that the claims herein fall under Louisiana Law contractual obligations as well as any Federal Laws as provided for by ERISA.  Therefore, Complainant prays for a trial by jury on all issues raised herein.

WHEREFORE, Complainant, **JORDY ROUSSE**, prays for judgment in his favor and against Defendant, **FORT DEARBORN LIFE INSURANCE COMPANY**, for benefits, enforcing his rights and clarifying his rights to future benefits, in such an amount as will fairly and fully compensate him according to law, together with legal interest, costs, and attorney's fees and for legal and equitable relief as this Court is empowered to grant.

Respectfully submitted,

*S/Timothy J. Young*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101