## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JORDY ROUSSE** | * | **CIVIL ACTION NO. 2:17-cv-783** |
| | * | |
| **VERSUS** | * | **JUDGE MARTIN L.C. FELDMAN** |
| | * | |
| | * | |
| **FORT DEARBORN LIFE** | * | |
| **INSURANCE COMPANY** | * | **MAGISTRATE MICHAEL B.** |
| | * | **NORTH** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW COMES, through undersigned counsel, Plaintiff, JORDY ROUSSE who respectfully represents to the Court that both parties have reached a settlement and that Plaintiff desires to dismiss all claims from this cause with prejudice, each party to bear its own costs.

Respectfully Submitted,

*/s/Timothy J. Young*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile (504) 680-4101

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system this 14th day of September 2017. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and/or U.S. Mail or electronic means.
  /s/*Timothy J. Young*
TIMOTHY J. YOUNG