UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JORDY ROUSSE** | * | **CIVIL ACTION NO. 2:17-cv-783** |
| | * | |
| **VERSUS** | * | **JUDGE MARTIN L.C. FELDMAN** |
| | * | |
| | * | |
| **FORT DEARBORN LIFE** | * | |
| **INSURANCE COMPANY** | * | **MAGISTRATE MICHAEL B.** |
| | * | **NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims are dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this  18th  day of        September        , 2017.

_____
UNITED STATES DISTRICT JUDGE